| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF ARIZONA | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case<br>In re:<br>SCOTTSDALE PET SUITE, LLC dba<br>SCOTTSDALE DOGGIE SUITES | CASE NO.: 2:20-bk-00020-DPC |
| | **DEBTOR CHANGE OF ADDRESS** |

1. This change of address is requested by: ☒ Debtor ☐ Joint-Debtor

2. **Old Address:**
   Name(s): SCOTTSDALE PET SUITE, LLC
   Mailing Address: 9011 E Indian Bend Road
   City, State, Zip Code: Scottsdale, AZ 85250

3. **New Address:**
   Mailing Address: c/o Christopher W. DeMuth, 8407 East Orange Blossom Lane
   City, State, Zip Code: Scottsdale, AZ 85250

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number_____

   Joint Debtor's DeBN account number_____

Date: 1/29/2020

Christopher W. DeMuth
Requestor's printed name(s)

*[signature]*
Requestor's signature(s)

Managing Member
Title (if applicable, of corporate officer, partner, or agent)

---

This form has been approved for use by the United States Bankruptcy Court for the District of Arizona.

*Sept 2015*          CHANGE.OF.ADDRESS

Case 2:20-bk-00020-DPC   Doc 34   Filed 01/31/20   Entered 01/31/20 13:13:17   Desc
Main Document    Page 1 of 1