James F. Kahn - 003063
Krystal M. Ahart - 029358
**KAHN & AHART, PLLC**
**BANKRUPTCY LEGAL CENTER™**
301 E. Bethany Home Rd., Suite C-195
Phoenix, AZ 85012-1266
Phone: 602-266-1717
Fax: 602-266-2484
Email: James.Kahn@azbk.biz
Email: Krystal.Ahart@azbk.biz
Attorneys for Scottsdale Pet Suite, LLC
    Debtor and Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>SCOTTSDALE PET SUITE, LLC dba<br>SCOTTSDALE DOGGIE SUITES,<br><br>    Debtor and<br>    Debtor-in-Possession. | In Proceedings Under Chapter 11<br><br>Case No.: 2:20-bk-00020-DPC |

**NOTICE OF LODGING PROPOSED ORDER**

NOTICE IS GIVEN that pursuant to Rule 9022-1, Local Rules of Bankruptcy Procedure for the District of Arizona, the attached proposed Order was lodged with the United States Bankruptcy Court this date.

DATED this 17th day of June, 2020.

           KAHN & AHART, PLLC
            BANKRUPTCY LEGAL CENTER™


           /s/ Krystal M. Ahart, SBN029358
           Krystal M. Ahart
           Attorney for Scottsdale Pet Suite, LLC,
            Debtor and Debtor-in-Possession