# Single Order Upload

2:20-bk-00020-DPC SCOTTSDALE PET SUITE LLC

**The new document Order Converting.pdf was uploaded successfully on 6/19/2020 at 8:40 AM**

**Order type:** Post Hearing Orders
2:20-bk-00020-DPC SCOTTSDALE PET SUITE LLC

**Related document number:** 45
**Related document description:** Motion to Convert Chapter 11 Case to Chapter 7 (15.00 fee)
**Order ID:** 836327
**Hearing date:** 6/15/2020

Do it again

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>SCOTTSDALE PET SUITE, LLC dba<br>SCOTTSDALE DOGGIE SUITES,<br><br>Debtor and<br>Debtor-in-Possession. | In Proceedings Under Chapter 11<br><br>Case No.: 2:20-bk-00020-DPC |

# ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7

Upon consideration of Debtor's Motion to Convert Chapter 11 Case to Chapter 7 (the "Motion") (dkt #45), the Court having reviewed the record and determined that nothing prevents conversion of the case, and good cause appearing therefor;

**IT IS ORDERED** converting this case to Chapter 7.

**DATED AND SIGNED ABOVE.**