In re:  Case No. 20-00020-DPC

SCOTTSDALE PET SUITE LLC  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: estrellam      Page 1 of 3
Date Rcvd: Oct 01, 2020      Form ID: pdf001      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SCOTTSDALE PET SUITE LLC, c/o Christopher W. Demuth, 8407 East Orange Blossom Lane, SCOTTSDALE, AZ 85250-7424 |
| cr | + | DeRito Talking Stick South, LLC, c/o Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, AZ 85016-5573 |
| 16130506 | + | ADP TEMPE, 111 W. RIO SALADO PKWY, TEMPE, AZ 85281-2878 |
| 16130507 | + | ALTUS RECEIVABLES MANAGEMENT, 2400 VETERANS MEMORIAL BLVD., STE 300, KENNER, LA 70062-8725 |
| 15907545 | + | AMERICAN ARBITRATION ASSOCIATION, 1301 ATWOOD AVENUE, SUITE 211N, JOHNSTON RI 02919-4946 |
| 15907546 | | AMERICAN EXPRESS, PO BOX 981535, EL PASO TX 79998-1535 |
| 15949897 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 15907548 | | BANKERS HEALTHCARE GROUP, LLC, PO BOX 332509, MURFREESBORO TN 37133-2509 |
| 15919383 | + | Bankers Healthcare Group co Pinnacle Bank, 150 3rd Ave S, Ste 900, Nashville, TN 37201-2034 |
| 15907553 | | CHRISTOPHER & REBECCA DEMUTH, 8407 E ORANGE BLOSSOM LN, SCOTTSDALE AZ 85250-7424 |
| 15907555 | + | CJC LAW OFFICE, CHRISTOPHER J. CALI, ESQ., 201 SOLAR STREET, SYRACUSE NY 13204-1425 |
| 15907556 | + | DERITO TALKING STICK SOUTH, LLC, 9120 E TALKING STICK WY, STE E1, SCOTTSDALE AZ 85250-8512 |
| 15980452 | + | DeRito Talking Stick South LLC,, successor to DeRito Pavilions 140, L.L.C, c/o Adam B. Nach, Esq., Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103 Phoenix, AZ 85016-5573 |
| 15933613 | | FC MARKETPLACE, LLC, C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN PA 19355-0702 |
| 15907559 | | FUNDING CIRCLE USA, INC, PO BOX 398383, SAN FRANCISCO CA 94139-8383 |
| 15907560 | + | FUNDING CIRCLE USA, INC., PO BOX 1719, PORTLAND OR 97207-1719 |
| 15907561 | + | FUSELIER & ASSOCIATES FINANCIAL, 637 PRESIDENTIAL DRIVE, RICHARDSON TX 75081-2928 |
| 15957835 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15984422 | + | JPMorgan Chase Bank, N.A., c/o Ball, Santin & McLeran, PLC, 2999 N. 44th Street, Suite 500, Phoenix, AZ 85018-7252 |
| 15907567 | + | LANE & NACH, P.C., ATTN: ADAM NACH, ESQ., 2001 E CAMPBELL AVE, STE 103, PHOENIX AZ 85016-5573 |
| 15907569 | + | SADDLEBACK COMMUNICATIONS, 10190 E. MCKELLIPS ROAD, SCOTTSDALE AZ 85256-5611 |
| 16130505 | | SRP, P.O. BOX 52025, PHOENIX, AZ 85072-2025 |
| 15907572 | | ZWICKER & ASSOCIATES, P.C., 80 MINUTEMAN RD., ANDOVER MA 01810-1008 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcynotices@azdor.gov | Oct 02 2020 02:05:00 | ARIZONA DEPARTMENT OF REVENUE, ATTENTION BK PAYMENT UNIT, c/o 2005 N CENTRAL AVE, SUITE 100, PHOENIX, AZ 85004-1546 |
| 15907547 | + | Email/Text: bankruptcynotices@azdor.gov | Oct 02 2020 02:05:00 | ARIZONA DEPT. OF REVENUE, C/O TAX, BANKR & COLLECTION SECT., 2005 N. CENTRAL AVE, STE 100, PHOENIX AZ 85004-1546 |
| 15907550 | | Email/Text: bankruptcy@bhg-inc.com | Oct 02 2020 02:05:00 | BANKERS HEALTHCARE GROUP, LLC, 10234 W STATE ROAD 84, DAVIE FL 33324 |
| 15907549 | | Email/Text: bankruptcy@bhg-inc.com | Oct 02 2020 02:05:00 | BANKERS HEALTHCARE GROUP, LLC, 201 SOLAR STREET, SYRACUSE NY 13204 |
| 15907551 | | Email/Text: cms-bk@cms-collect.com | Oct 02 2020 02:06:00 | CAPITAL MANAGEMENT SERVICES, LP, 698 1/2 SOUTH OGDEN ST, BUFFALO NY 14206-2317 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15907552 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 02 2020 02:12:46 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285 |
| 15948439 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 02 2020 02:14:56 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15907557 | | Email/Text: mrdiscen@discover.com | Oct 02 2020 02:05:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY UT 84130 |
| 15918060 | | Email/Text: mrdiscen@discover.com | Oct 02 2020 02:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15907558 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Oct 02 2020 02:05:00 | FORWARD FINANCING LLC, 100 SUMMER ST, STE 1175, BOSTON MA 02110-2138 |
| 15907562 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2020 02:06:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA PA 19101-7346 |
| 15907564 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 02 2020 02:14:55 | JPMORGAN CHASE BANK NA, 4031 N SCOTTSDALE RD, SCOTTSDALE AZ 85251 |
| 15907563 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 02 2020 02:13:52 | JPMORGAN CHASE BANK NA, 700 KANSAS LANE, MONROE LA 71903 |
| 15907565 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 02 2020 02:12:45 | JPMORGAN CHASE BANK, NA, PO BOX 15298, WILMINGTON DE 19850-5298 |
| 15907566 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 02 2020 02:13:52 | JPMORGAN CHASE BANK, NA, PO BOX 659754, SAN ANTONIO TX 78265-9754 |
| 15907568 | + | Email/Text: bankruptcy@ondeck.com | Oct 02 2020 03:27:00 | ONDECK, 1400 BROADWAY, NEW YORK NY 10018-5300 |
| 15921808 | + | Email/Text: bankruptcy@ondeck.com | Oct 02 2020 03:27:00 | On Deck Capital, Inc., c/o Christine Levi, 101 West Colfax Ave., 10th Floor, Denver, CO 80202-5167 |
| 15907570 | + | Email/Text: bankruptcynotices@sba.gov | Oct 02 2020 02:05:00 | U.S. SMALL BUSINESS ADMINISTRATION, 409 3RD ST, SW, WASHINGTON DC 20416-0005 |
| 16175180 | + | Email/Text: ustpregion14.px.ecf@usdoj.gov | Oct 02 2020 02:06:00 | United States Trustee, 230 N 1st Ave #204, Phoenix, AZ 85003-0605 |
| 15907571 | + | Email/Text: money@yelp.com | Oct 02 2020 03:27:00 | YELP, INC., 140 NEW MONTGOMERY STREET, SAN FRANCISCO CA 94105-3822 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | FC MARKETPLACE, LLC, C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN, PA 19355-0702 |
| 15907554 | * | CHRISTOPHER & REBECCA DEMUTH, 8407 E ORANGE BLOSSOM LN, SCOTTSDALE AZ 85250-7424 |
| 15984423 | *+ | JPMorgan Chase Bank, N.A., c/o Ball, Santin & McLeran, PLC, 2999 N. 44th Street, Suite 500, Phoenix, AZ 85018-7252 |
| 15957836 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM 1 NACH | on behalf of Creditor DeRito Talking Stick South  LLC adam.nach@lane-nach.com, tturner@lane-nach.com,sheila.rochin@lane-nach.com,danica.kolb@lane-nach.com,deborah.mckernan@lane-nach.com |
| DAVID A. BIRDSELL | ecf@azbktrustee.com dbirdsell@ecf.epiqsystems.com,az15@ecfcbis.com |
| DAVID A. BIRDSELL | on behalf of Trustee DAVID A. BIRDSELL ecf@azbktrustee.com  dbirdsell@ecf.epiqsystems.com,az15@ecfcbis.com |
| JENNIFER A. GIAIMO | on behalf of U.S. Trustee U.S. TRUSTEE Jennifer.A.Giaimo@usdoj.gov |
| KRYSTAL MARIE AHART | on behalf of Debtor SCOTTSDALE PET SUITE LLC Krystal.Ahart@azbk.biz jfkpcecf@gmail.com,ahartkr68748@notify.bestcase.com,KrystalAhart@cox.net |
| THEODORE P. WITTHOFT | on behalf of Trustee DAVID A. BIRDSELL twitthoft@wdlawpc.com  abourassa@wdlawpc.com |

TOTAL: 6

David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, AZ 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SCOTTSDALE PET SUITE LLC | ) | Case No. 2:20-bk-00020-DPC |
| | ) | |
| | ) | NOTICE OF TRUSTEE'S SALE |
| | ) | |
| Debtors (s) | ) | |

NOTICE IS HEREBY GIVEN that property belonging to the estate of the above-named debtor(s) will be sold to the person making the highest and best offer on **OCTOBER 30, 2020** at **8:30 AM** by telephone: Call in number is 310-372-7549 pin #831482

Property to be sold: **Estate's interest in the following personal property:**
**Electronics: (6) TV's**

**SOLD "AS IS, WHERE IS" WITH NO WARRANTIES OR GUARANTEES**

Terms of Sale: **CASHIER'S CHECK WITHIN 3 DAYS OF SALE**

To: John Mershon Tempe, Az.
Purchase Price: $250.00
Viewing: contact trustee at: 480-644-1080 or at gaby@azbktrustee.com

or any person making a higher and better offer. The property is subject to any liens or interests, however the Trustee is not aware of any liens or interests at this time. Any person opposing the sale shall file a written objection on or before five days prior to the sale date with the Clerk of the U.S. Bankruptcy Court, 230 North First Avenue, Suite #101, Phoenix, Arizona 85003-1727 and mailed to the trustee David A. Birdsell at the following address: 216 N. Center, Mesa, AZ 85201. If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale, bids will still be taken and the normal sales procedure followed. The closing of the sale remains dependent upon the outcome of the Court hearing on the objection.

 10/01/2020  /s/ David A. Birdsell
 Date  David A. Birdsell, Trustee

**THIS SALE NOTICE WAS MAILED TO ALL INDIVIDUALS ON THE DISTRICT OF ARIZONA BANKRUPTCY COURT'S MATRIX MAILING LIST BY THE BANKRUPTCY COURT NOTICING CENTER**