David A. Birdsell
216 North Center
Mesa, AZ 85201
(480) 644-1080 /  (480) 644-1082(fax)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Scottsdale Pet Suite Llc, | ) | Case No. 2:20-bk-00020-DPC |
| | ) | |
| | ) | REPORT OF TRUSTEE'S SALE |
| Debtor. | ) | |

I, David A. Birdsell, trustee, make report of sale of certain assets of the debtor at Trustee's Sale held on October 30, 2020 **via** Telephone Conference:

PURCHASER: WILLIAM REESER

DESCRIPTION OF ASSETS SOLD: 6 TVS

PRICE: $300.00

The trustee reports that he has received payment of the purchase price.

<u>November 29, 2020</u>    <u>/s/ David A. Birdsell</u>
DATE                David A. Birdsell, Trustee

[TRUSTEE'S REPORT OF NO OBJECTIONS] - 1