United States Bankruptcy Court
District of Arizona

In re:  
SCOTTSDALE PET SUITE LLC  
    Debtor(s)

Case No. 20-00020-DPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: carterta     Page 1 of 3  
Date Rcvd: Nov 30, 2020     Form ID: cla001     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SCOTTSDALE PET SUITE LLC, c/o Christopher W. Demuth, 8407 East Orange Blossom Lane, SCOTTSDALE, AZ 85250-7424 |
| cr | + | DeRito Talking Stick South, LLC, c/o Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, AZ 85016-5573 |
| 16130506 | + | ADP TEMPE, 111 W. RIO SALADO PKWY, TEMPE, AZ 85281-2878 |
| 16130507 | + | ALTUS RECEIVABLES MANAGEMENT, 2400 VETERANS MEMORIAL BLVD., STE 300, KENNER, LA 70062-8725 |
| 15907545 | + | AMERICAN ARBITRATION ASSOCIATION, 1301 ATWOOD AVENUE, SUITE 211N, JOHNSTON RI 02919-4946 |
| 15949897 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 15907548 | | BANKERS HEALTHCARE GROUP, LLC, PO BOX 332509, MURFREESBORO TN 37133-2509 |
| 15919383 | + | Bankers Healthcare Group co Pinnacle Bank, 150 3rd Ave S, Ste 900, Nashville, TN 37201-2034 |
| 15907553 | | CHRISTOPHER & REBECCA DEMUTH, 8407 E ORANGE BLOSSOM LN, SCOTTSDALE AZ 85250-7424 |
| 15907555 | + | CJC LAW OFFICE, CHRISTOPHER J. CALI, ESQ., 201 SOLAR STREET, SYRACUSE NY 13204-1425 |
| 15907556 | + | DERITO TALKING STICK SOUTH, LLC, 9120 E TALKING STICK WY, STE E1, SCOTTSDALE AZ 85250-8512 |
| 15980452 | + | DeRito Talking Stick South LLC,, successor to DeRito Pavilions 140, L.L.C, c/o Adam B. Nach, Esq., Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103 Phoenix, AZ 85016-5573 |
| 15933613 | | FC MARKETPLACE, LLC, C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN PA 19355-0702 |
| 15907559 | | FUNDING CIRCLE USA, INC, PO BOX 398383, SAN FRANCISCO CA 94139-8383 |
| 15907560 | + | FUNDING CIRCLE USA, INC., PO BOX 1719, PORTLAND OR 97207-1719 |
| 15907561 | + | FUSELIER & ASSOCIATES FINANCIAL, 637 PRESIDENTIAL DRIVE, RICHARDSON TX 75081-2928 |
| 15957835 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15984422 | + | JPMorgan Chase Bank, N.A., c/o Ball, Santin & McLeran, PLC, 2999 N. 44th Street, Suite 500, Phoenix, AZ 85018-7252 |
| 15907567 | + | LANE & NACH, P.C., ATTN: ADAM NACH, ESQ., 2001 E CAMPBELL AVE, STE 103, PHOENIX AZ 85016-5573 |
| 15907569 | + | SADDLEBACK COMMUNICATIONS, 10190 E. MCKELLIPS ROAD, SCOTTSDALE AZ 85256-5611 |
| 16130505 | | SRP, P.O. BOX 52025, PHOENIX, AZ 85072-2025 |
| 15907572 | | ZWICKER & ASSOCIATES, P.C., 80 MINUTEMAN RD., ANDOVER MA 01810-1008 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDABIRDSELL | Dec 01 2020 04:18:00 | DAVID A. BIRDSELL, 216 N. CENTER, MESA, AZ 85201-6629 |
| smg | | EDI: AZDEPREV.COM | Dec 01 2020 04:18:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | + | EDI: AZDEPREV.COM | Dec 01 2020 04:18:00 | ARIZONA DEPARTMENT OF REVENUE, ATTENTION BK PAYMENT UNIT, c/o 2005 N CENTRAL AVE, SUITE 100, PHOENIX, AZ 85004-1546 |
| 15907546 | | EDI: AMEREXPR.COM | Dec 01 2020 04:18:00 | AMERICAN EXPRESS, PO BOX 981535, EL PASO TX 79998-1535 |
| 15907547 | + | EDI: AZDEPREV.COM | Dec 01 2020 04:18:00 | ARIZONA DEPT. OF REVENUE, C/O TAX, BANKR & COLLECTION SECT., 2005 N. CENTRAL AVE, STE 100, PHOENIX AZ 85004-1546 |
| 15907550 | | Email/Text: bankruptcy@bhg-inc.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 01 2020 00:33:00 | BANKERS HEALTHCARE GROUP, LLC, 10234 W STATE ROAD 84, DAVIE FL 33324 |
| 15907549 | | Email/Text: bankruptcy@bhg-inc.com | Dec 01 2020 00:33:00 | BANKERS HEALTHCARE GROUP, LLC, 201 SOLAR STREET, SYRACUSE NY 13204 |
| 15907551 | | Email/Text: cms-bk@cms-collect.com | Dec 01 2020 00:36:00 | CAPITAL MANAGEMENT SERVICES, LP, 698 1/2 SOUTH OGDEN ST, BUFFALO NY 14206-2317 |
| 15907552 | + | EDI: CAPITALONE.COM | Dec 01 2020 04:18:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285 |
| 15948439 | | EDI: CAPITALONE.COM | Dec 01 2020 04:18:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15907557 | | EDI: DISCOVER.COM | Dec 01 2020 04:18:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY UT 84130 |
| 15918060 | | EDI: DISCOVER.COM | Dec 01 2020 04:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15907558 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Dec 01 2020 00:34:00 | FORWARD FINANCING LLC, 100 SUMMER ST, STE 1175, BOSTON MA 02110-2138 |
| 15907562 | | EDI: IRS.COM | Dec 01 2020 04:18:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA PA 19101-7346 |
| 15907564 | | EDI: JPMORGANCHASE | Dec 01 2020 04:18:00 | JPMORGAN CHASE BANK NA, 4031 N SCOTTSDALE RD, SCOTTSDALE AZ 85251 |
| 15907563 | | EDI: JPMORGANCHASE | Dec 01 2020 04:18:00 | JPMORGAN CHASE BANK NA, 700 KANSAS LANE, MONROE LA 71903 |
| 15907565 | | EDI: JPMORGANCHASE | Dec 01 2020 04:18:00 | JPMORGAN CHASE BANK, NA, PO BOX 15298, WILMINGTON DE 19850-5298 |
| 15907566 | | EDI: JPMORGANCHASE | Dec 01 2020 04:18:00 | JPMORGAN CHASE BANK, NA, PO BOX 659754, SAN ANTONIO TX 78265-9754 |
| 15907568 | + | Email/Text: bankruptcy@ondeck.com | Dec 01 2020 00:40:00 | ONDECK, 1400 BROADWAY, NEW YORK NY 10018-5300 |
| 15921808 | + | Email/Text: bankruptcy@ondeck.com | Dec 01 2020 00:40:00 | On Deck Capital, Inc., c/o Christine Levi, 101 West Colfax Ave., 10th Floor, Denver, CO 80202-5167 |
| 15907570 | + | Email/Text: bankruptcynotices@sba.gov | Dec 01 2020 00:35:00 | U.S. SMALL BUSINESS ADMINISTRATION, 409 3RD ST, SW, WASHINGTON DC 20416-0005 |
| 16175180 | + | Email/Text: ustpregion14.px.ecf@usdoj.gov | Dec 01 2020 00:37:00 | United States Trustee, 230 N 1st Ave #204, Phoenix, AZ 85003-0605 |
| 15907571 | + | Email/Text: money@yelp.com | Dec 01 2020 00:39:00 | YELP, INC., 140 NEW MONTGOMERY STREET, SAN FRANCISCO CA 94105-3822 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | DAVID A. BIRDSELL, 216 N. CENTER, MESA, AZ 85201-6629 |
| cr | * | FC MARKETPLACE, LLC, C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN, PA 19355-0702 |
| 15907554 | * | CHRISTOPHER & REBECCA DEMUTH, 8407 E ORANGE BLOSSOM LN, SCOTTSDALE AZ 85250-7424 |
| 15984423 | *+ | JPMorgan Chase Bank, N.A., c/o Ball, Santin & McLeran, PLC, 2999 N. 44th Street, Suite 500, Phoenix, AZ 85018-7252 |
| 15957836 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:

**Name**     **Email Address**

ADAM 1 NACH
on behalf of Creditor DeRito Talking Stick South LLC adam.nach@lane-nach.com, tturner@lane-nach.com,sheila.rochin@lane-nach.com,danica.kolb@lane-nach.com,deborah.mckernan@lane-nach.com

DAVID A. BIRDSELL
ecf@azbktrustee.com dbirdsell@ecf.epiqsystems.com,az15@ecfcbis.com

DAVID A. BIRDSELL
on behalf of Trustee DAVID A. BIRDSELL ecf@azbktrustee.com dbirdsell@ecf.epiqsystems.com,az15@ecfcbis.com

JENNIFER A. GIAIMO
on behalf of U.S. Trustee U.S. TRUSTEE Jennifer.A.Giaimo@usdoj.gov

KRYSTAL MARIE AHART
on behalf of Debtor SCOTTSDALE PET SUITE LLC Krystal.Ahart@azbk.biz jfkpcecf@gmail.com,ahartkr68748@notify.bestcase.com,KrystalAhart@cox.net

THEODORE P. WITTHOFT
on behalf of Trustee DAVID A. BIRDSELL twitthoft@wdlawpc.com abourassa@wdlawpc.com

TOTAL: 6

FORM CLA−001
REVISED 01/12/2012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:20−bk−00020−DPC |
| SCOTTSDALE PET SUITE LLC<br>dba SCOTTSDALE DOGGIE SUITES<br>c/o Christopher W. Demuth<br>8407 East Orange Blossom Lane<br>SCOTTSDALE, AZ 85250<br>SSAN:<br>EIN: 45−5284924 | Chapter: 7 |
| Debtor(s) | |

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1. All Creditors of the above−named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **March 2, 2021** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2. For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3. The proof of claim form can be obtained at the court's front counter and self help centers as well as access to fillable PDF versions on the court's website www.azb.uscourts.gov. If you are a creditor (the person who is owed money in a bankruptcy case) and are not represented by an attorney, you may also file a Proof of Claim and upload PDF attachments via an online form on the court's website.

4. YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

Date: November 30, 2020

Address of the Bankruptcy Clerk's Office:  
U.S. Bankruptcy Court, Arizona  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003−1727  
Telephone number: (602) 682−4000  
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

George Prentice