| | | | | | |
|---|---|---|---|---|---|
| In re: | ) | Chapter 7 | Fees previously requested: None | Name of Applicant: | **Theodore P. Witthoft (021632)** |
| | ) | | Fees previously awarded: None | | **Witthoft Derksen, P.C.** |
| | ) | Case No. 2:20-bk-00020- | | | **Attorneys for Trustee,** |
| SCOTTSDALE PET SUITE LLC | ) | DPC | Expenses previously requested: None | Role in this case: | **David A. Birdsell** |
| dba SCOTTSDALE DOGGIE | ) | | Expenses previously awarded: None | | **Fee Request: $4,185.00** |
| SUITES, | ) | **(To Be Noticed With** | | Current application: | **Expense Request: $78.06** |
| | ) | **Trustee's Final Report)** | | | **Total Requested: $4,236.06** |
| Debtor. | ) | | | | |
| | ) | | | | |
| | ) | | | | |

### FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF TRUSTEE'S ATTORNEYS' FEES AND EXPENSES
**July 14, 2020 THROUGH March 2, 2021**

| Professionals/ Paraprofessionals | Year Admitted to Practice | Hours Billed | Witthoft Derksen Rate | Total For Application |
|---|---|---|---|---|
| PARTNERS | | | | |
| Theodore P. Witthoft | 2001 | 10.90 | 375.00 | $4,087.50 |
| Total Attorney Fees/Hours | | 10.90 | 375.00 | $4,087.50 |
| | | | | |
| PARAPROFESSIONALS | | | | |
| Aimee Bourassa | | .5 | $195 | $97.50 |
| | | | | |
| TOTAL: | | **11.40** | | **$4,185.00** |

**TOTAL BLENDED HOURLY RATE (Excluding paraprofessionals): $375**          **TOTAL FEES AND COSTS: $4,236.06**

| Task/Description | Effective Rate | Hours | Amount |
|---|---|---|---|
| B110 Case Administration | $375.00 | 9.20 | 3,450.00 |
| B160 Fee/Employment Applications | $315.00 | 1.50 | 472.50 |
| B180 Avoidance Action Analysis | $375.00 | 0.70 | 262.50 |
| | | | |
| **Grand Total** | | **11.40** | **$4,185.00** |

1 | Theodore P. Witthoft (State Bar Id No. 021632)
**WITTHOFT DERKSEN, P.C.**
2 | 3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
3 | Telephone: (602) 680-7332
Facsimile: (602) 357-7476
4 | Email: twitthoft@wdlawpc.com

5 | Attorneys for Chapter 7 Trustee, David A. Birdsell

6 | **UNITED STATES BANKRUPTCY COURT**

7 | **DISTRICT OF ARIZONA**

8 | In re:                                                              ) Chapter 7
                                                                    )
9 | SCOTTSDALE PET SUITE LLC dba               ) Case No. 2:20-bk-00020-DPC
10 | SCOTTSDALE DOGGIE SUITES,              ) 
                                                                    ) **FEE APPLICATION FOR ALLOWANCE**
11 |            Debtor.                                         ) **AND PAYMENT OF TRUSTEE'S**
                                                                    ) **ATTORNEYS' FEES AND EXPENSES**
12 |                                                             )
                                                                    ) **(To Be Noticed with Trustee's Final Report)**
13 |                                                             )
                                                                    )

14 

15 |         Pursuant to § 330 of the United States Bankruptcy Code, the Chapter 7 trustee, David A.

16 | Birdsell ("Trustee"), by and through his attorneys, Witthoft Derksen, P.C. ("WD", "Witthoft

17 | Derksen" or the "Firm"), herewith submits his fee application for allowance and payment of the

18 | Trustee's attorneys' fees and expenses (the "Application") incurred in connection with the

19 | above-captioned chapter 7 proceedings from the proceeds of the bankruptcy estate. Witthoft

20 | Derksen has represented the Trustee from July 14, 2020, to date. This Application is for fees in

21 | the amount of $4,185.00 and costs in the amount of $78.06 from July 14, 2020 through March 2,

22 | 2021. In the event there are insufficient assets in the estate, Witthoft Derksen agrees to reduce

23 | its fees and costs to the amount reflected in the Trustee's final proposed distribution.

24 | **A.      BACKGROUND**

25 |         1. The Debtor filed the Chapter 7 petition on January 2, 2020.

26

1      2.  Witthoft Derksen commenced services for the Trustee on July 14, 2020.  The Trustee

2  filed his application to employ Witthoft Derksen on July 14, 2020, and this Court approved the

3  application on July 14, 2020.

4      3.  Witthoft Derksen agreed to work for the Trustee on an hourly basis and were to be

5  paid only from assets of this chapter 7 estate.  No retainers were ever paid nor were any caps or

6  limitations ever established for the fees or other charges to be billed by the Firm.

7      4.  The following is a list of the hourly rates charged in this case by all attorneys and

8  paraprofessionals at Witthoft Derksen.  The rates shown here were identified in the affidavit in

9  support of application to employ Witthoft Derksen.  The rates charged in this case are the same

10 rates generally charged for similar services to this firm's non-bankruptcy clients.

| Attorneys | Year First Admitted | Hourly Rate |
|---|---|---|
| Patrick T. Derksen | 2003 | $375 |
| Theodore P. Witthoft | 2001 | $375 |
| Scott H. Zwillinger | 1999 | $375 |
| Paralegals | | $195 |

16     5.  This is the first application for allowance and payment of fees and expenses incurred

17 by Witthoft Derksen in this case.

18     6.  This Application is not filed less than 120 days after the order for relief nor within

19 120 days after a prior application to this Court.

20     7.  This Application is for fees and expenses incurred by the Firm from July 14, 2020

21 through March 2, 2021.

22 **B.**     **CASE STATUS**

23     1.  Financial condition of chapter 7 estate.

24         a.  Cash on hand or on deposit in the estate:  See Trustee's Final Report to be

25 filed.

26

1   　　　　b.　To the best of the undersigned's knowledge, the only other unpaid chapter 7

2   administrative claims against the estate are this application for fees and the Trustee's claim for

3   his compensation, allowed pursuant to 11 U.S.C. § 326.

4   　　　　c.　All funds of this estate are unencumbered.

5   　　2.　Summary of case administration.

6   　　　　a.　The Trustee has not made any distributions in this case.

7   　　　　b.　No interim distributions to creditors are currently feasible or appropriate.  The

8   Trustee plans to file his closing report as soon as he completes some final tasks for the estate.

9   **C.　　PROJECT SUMMARY**

10  　　　　a.　　Attorneys' projects, benefits derived and status: WD reviewed the

11  documents provided by the Trustee, Debtors' schedules, Statement of Financial Affairs, Court

12  filings and other public records to analyze the issues identified by the Trustee to pursue in this

13  case.  WD investigated the issues concerning whether Debtor's business personal property may

14  have value for the estate.  WD analyzed the documents obtained from the Trustee regarding

15  potential preferential payments.  WD contacted Debtor's attorney regarding a valuation of the

16  items taken from Debtor's premises.  WD analyzed the issues concerning the personal property

17  and loan funds obtained post-petition.  WD regularly communicated with the Trustee and

18  provided legal and strategic advice as to the various issues presented throughout this case.  WD

19  regularly communicated with the Trustee and provided legal and strategic advice as to the

20  various issues presented throughout this case.

21  　　　　b.　　Working attorney/paralegal summary:  See cover sheet filed concurrently

22  herewith.

23  　　　　c.　　Summary of hours spent and compensation requested:  See the cover sheet

24  filed concurrently herewith.

25  　　　　d.　　Itemized time entries:  See **Exhibit A** attached hereto and incorporated

26  herein by this reference.

1  **D.  EVALUATION STANDARDS**

2      The detailed billing summaries contained in Exhibit A are believed by the undersigned to

3  be sufficiently detailed to enable this Court and the office of the United States Trustee to satisfy

4  the analysis requirements of 11 U.S.C. § 330(a).

5  **E.  CERTIFICATION**

6      As noted by the Trustee's signature below, the Trustee has reviewed and approved this

7  application and the amount of the charges sought to be paid by the Trustee's counsel.

8  **F.  REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

9      The expenses sought to be reimbursed herein are of the kinds and amounts customarily

10  charged to the applicant's non-bankruptcy clients.  Copying charges are billed by the Firm at the

11  rate of no more than 25 cents per page.  Mileage is charged at the federal mileage rate.  The

12  Firm's phone, facsimile and postage charges were charged at the actual costs to the applicant,

13  except where such charges were absorbed by the applicant as general office overhead not billed

14  to this estate.

15      WHEREFORE, it is respectfully requested that the Court enter an order allowing and

16  directing the Trustee to pay to Witthoft Derksen its fees in the amount of $4,185.00 and costs in

17  the amount of $78.06.  In the event there are insufficient assets in the estate, Witthoft Derksen

18  agrees to reduce its fees and costs to the amount reflected in the Trustee's final proposed

19  distribution.

20      Respectfully submitted this 2nd day of March, 2021.

21                          **WITTHOFT DERKSEN, P.C.**

22

23                          By: /s/ Theodore P. Witthoft          021632
                                 Theodore P. Witthoft
24                               Attorneys for Trustee, David A. Birdsell

25

26

1      I have read the foregoing application and exhibits, and hereby approve the application

2  and the amounts sought herein.

3

4       3/2/21                             /s/ David A. Birdsell
Dated                                David A. Birdsell, Chapter 7 Trustee

1  Copy of the foregoing *emailed/mailed
   this 2nd day of March, 2021, to:
2

3  *Larry Watson, Esq.
   United States Trustee's Office
4  230 North First Avenue, Suite 204
5  Phoenix, Arizona 85003-1706
   Larry.Watson@usdoj.gov
6

7  *Jennifer A. Giaimo
   Office of The U.S. Trustee
8  230 N. First Ave., #204
9  Phoenix, AZ 85003-1706
   602-682-2600
10 Jennifer.A.Giaimo@usdoj.gov

11
   *David A. Birdsell
12 216 North Center
   Mesa, Arizona 85201
13 Chapter 7 Trustee
14 ecf@azbktrustee.com

15
   * Krystal Marie Ahart
16 Kahn & Ahart, PLLC
   Bankruptcy Legal Center
17 301 E. Bethany Home Road, Suite C-195
18 Phoenix, AZ 85012
   Krystal.Ahart@azbk.biz
19

20 Scottsdale Pet Suite LLC
   c/o Christopher W. Demuth
21 8407 East Orange Blossom Lane
   Scottsdale, AZ 85250
22 Debtor
23
   /s/ Aimee Bourassa
24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# Exhibit A

# *Witthoft Derksen, P.C.*

3550 North Central Avenue
Suite 1006
Phoenix, Arizona 85012

(602) 680-7332

David A. Birdsell, Trustee
216 North Center
Mesa, AZ 85201

March 2, 2021

| | |
|---|---:|
| File #: | 928-946 |
| Inv #: | 2004 |
| Atty: | TPW |

Attention:

RE:     Scottsdale Pet Suite, LLC dba Scottsdale Doggie Suites

## SUMMARY BY TIMEKEEPER

| | | | This Invoice | | Cumulative | |
|---|---|---:|---:|---:|---:|---:|
| **Timekeeper** | **Category** | **Rate** | **Hours** | **Amount** | **Hours** | **Amount** |
| Ted P. Witthoft | Partner | 375.00 | 10.90 | 4,087.50 | 10.90 | 4,087.50 |
| Aimee Bourassa | Paralegal | 195.00 | 0.50 | 97.50 | 0.50 | 97.50 |
| **Total** | | | **11.40** | **$4,185.00** | **11.40** | **$4,185.00** |

## DISBURSEMENT SUMMARY

| | | |
|---|---|---:|
| E101 | Copying | 24.00 |
| E106 | Online research | 45.00 |
| E108 | Postage | 3.16 |
| E126 | Pacer | 5.90 |
| | Total Disbursements | $78.06 |

| Date | Description | Lawyer | Hours | Amount | Task |
|------|-------------|--------|-------|--------|------|
| Jul-14-20 | review correspondence from trustee regarding case issues (.1); review documents provided by trustee, debtor's schedules and statement of financial affairs, court filings, and public records to analyze case issues (.8); conduct public record asset search to analyze potential recoverable assets (.3); prepare memo to trustee regarding cases issues and strategy of case (.2); correspondence to trustee regarding employment and case issues (.1) | TPW | 1.50 | 562.50 | B110 |
| Jul-14-20 | Draft Notice of Appearance, Application to Employ, Declaration of Attorney Witthoft, and Proposed Order. | TPW | 0.60 | 225.00 | B160 |
| Jul-15-20 | email from debtor's attorney regarding emails to trustee and documents (.1); review file regarding emails and documents (.1); email to debtor's attorney regarding same (.1) | TPW | 0.30 | 112.50 | B110 |
| Jul-15-20 | email from debtor's attorney regarding info request/case status (.1) | TPW | 0.10 | 37.50 | B110 |
| Jul-16-20 | review court filings, documents provided by trustee and analyze potential preferential transfers (.5); prepare memorandum to trustee regarding preferential transfers (.2) | TPW | 0.70 | 262.50 | B180 |
| Jul-22-20 | continue to review documents provided by trustee, public records and court filings to analyze issues concerning wrongful removal of personal property, liens encumbering personal property, and potential claims under 542 and 549 (.6); prepare memorandum to trustee regarding lien/UCC-1 issues (.2); email to debtor's attorney regarding value of personal property and admin claim (.1); research law regarding funds obtained post-petition (1.1); prepare memorandum to trustee regarding initial determination regarding estate claim to funds (.4) | TPW | 2.40 | 900.00 | B110 |
| Jul-22-20 | email from Krystal Ahart regarding UCC-1s, TVs and admin claim (.1); review documents provided by Krystal Ahart to analyze case issues (.2) | TPW | 0.30 | 112.50 | B110 |
| Jul-27-20 | review and analyze two emails from debtor's counsel and review and analyze documents provided by debtor's counsel (.4); telephone call to trustee regarding 341 meeting of creditors, documents provided by debtor's counsel and related issues (.1) | TPW | 0.50 | 187.50 | B110 |

| Date | Description | Initials | Hours | Amount | Code |
|---|---|---|---|---|---|
| Jul-27-20 | telephone call to trustee regarding case status, personal property, UCC-1, PPP loan money and related case issues (.3) | TPW | 0.30 | 112.50 | B110 |
| Jul-27-20 | continue review of documents provided by trustee regarding liens, personal property, PPP loan funds and prepare memorandum to trustee regarding same (.5) | TPW | 0.50 | 187.50 | B110 |
| Jul-29-20 | review correspondence from debtor's attorney regarding value of property, liens, and amended schedules, and 341 meeting of creditors (.1); telephone call to trustee regarding case issues and strategy going forward (.3); email to debtor's attorney regarding turnover of property (.1) | TPW | 0.50 | 187.50 | B110 |
| Jul-30-20 | review and analyze file in preparation for meeting with trustee regarding case issues/case strategy (.3); meeting with trustee regarding case issues/case strategy in Mesa office (.5) | TPW | 0.80 | 300.00 | B110 |
| Jul-31-20 | review and analyze file docs and court filings to prepare memorandum to trustee regarding status of case (.2) prepare memorandum regarding case issues and proposed course of action and email to trustee regarding same (.2) | TPW | 0.40 | 150.00 | B110 |
| Aug-24-20 | analyze asserted Proofs of claim of DeRito Talking Stick South LLC | TPW | 0.10 | 37.50 | B110 |
| Sep-01-20 | review court filings, file documents and file correspondence to analyze case issues and prepare case status memorandum to trustee with recommendations for going forward in this case | TPW | 0.20 | 75.00 | B110 |
| Sep-29-20 | review court filings and file documents in preparation with meeting with trustee and meet with trustee regarding bankruptcy case issues and strategy going forward (.3); correspondence/memo to trustee regarding same (.1) | TPW | 0.40 | 150.00 | B110 |
| Dec-03-20 | review claims bar date and analyze claims issues, and email to trustee regarding same (.2) | TPW | 0.20 | 75.00 | B110 |
| Jan-06-21 | review file documents, court filings and correspondence to analyze case issues and prepare memorandum to trustee regarding status of the case and suggested course of action | TPW | 0.40 | 150.00 | B110 |
| Feb-18-21 | review and analyze additional documents provided by debtor's counsel in response to trustee request (.2) | TPW | 0.20 | 75.00 | B110 |

| Mar-01-21 | Prepare Draft of Fee Application. | ARB | 0.50 | 97.50 | B160 |
| Mar-02-21 | Prepare final memorandum to Trustee regarding case status.TPW | | 0.10 | 37.50 | B110 |
| Mar-02-21 | Amend and finalize Fee Application. | TPW | 0.40 | 150.00 | B160 |
| | Totals | | 11.40 | $4,185.00 | |

## DISBURSEMENTS

| | | Disbursements | Receipts |
|---|---|---|---|
| Jul-14-20 | Copying | 3.00 | |
| Jul-14-20 | Copying | 8.75 | |
| Jul-14-20 | Online research (public records search) | 45.00 | |
| Jul-14-20 | Postage | 0.65 | |
| Jul-14-20 | Postage | 1.60 | |
| Sep-30-20 | Pacer | 5.70 | |
| Sep-30-20 | Pacer | 0.20 | |
| Mar-02-21 | Copying | 12.25 | |
| Mar-02-21 | Postage | 0.91 | |
| | Totals | $78.06 | $0.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$4,263.06** |
| Previous Balance | $0.00 |
| Payment Received | $0.00 |
| **BALANCE DUE NOW** | **$4,263.06** |

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|---|---|---|---|---|
| B110 | Case Administration | $375.00 | 9.20 | 3,450.00 |
| B160 | Fee/Employment Applications | $315.00 | 1.50 | 472.50 |

| B180 | Avoidance Action Analysis | $375.00 | 0.70 | 262.50 |
| --- | --- | --- | --- | --- |
| | **Grand Total** | | **11.40** | **$4,185.00** |