Theodore P. Witthoft (State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: twitthoft@wdlawpc.com

Attorneys for Trustee, David A. Birdsell

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | ) Chapter 7 |
|---|---|
| SCOTTSDALE PET SUITE LLC dba SCOTTSDALE DOGGIE SUITES, | ) Case No. 2:20-bk-00020-DPC |
| Debtor. | ) **NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISBURSE PORTION OF PPP LOAN PROCEEDS TO THE U.S. SMALL BUSINESS ADMINISTRATION AND RETAIN PORTION OF PPP LOAN PROCEEDS FOR BANKRUPTCY ESTATE, PURSUANT TO 11 U.S.C. § 105(a), 506(c), 541, 542, 726 and 31 U.S.C. § 3729** |

NOTICE IS HEREBY GIVEN that the Chapter 7 trustee, David A. Birdsell ("Trustee"), by and through his attorneys, Witthoft Derksen, P.C., hereby withdraws the *Trustee's Motion to Disburse Portion of PPP Loan Proceeds to the U.S. Small Business Administration and Retain Portion of PPP Loan Proceeds for Bankruptcy Estate, Pursuant to 11 U.S.C. § 105(a), 506(c), 541, 542, 726 and 31 U.S.C. § 3729* filed on June 28, 2021 at docket number 79.

Respectfully submitted this 13th day of July, 2021.

WITTHOFT DERKSEN, P.C.

By /s/ Theodore P. Witthoft         #021632
  Theodore P. Witthoft
  Attorneys for David A. Birdsell, Chapter 7 Trustee

COPIES of the foregoing were served July 13, 2021 via the Court's CM/ECF Notification System on all parties that requested notice in this case; and COPIES were *e-mailed/mailed to the following parties:

*Larry Watson, Esq.
United States Trustee's Office
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Larry.Watson@usdoj.gov

*Jennifer A. Giaimo
Office of The U.S. Trustee
230 N. First Ave., #204
Phoenix, AZ 85003-1706
602-682-2600
Jennifer.A.Giaimo@usdoj.gov

*David A. Birdsell
216 North Center
Mesa, Arizona 85201
Chapter 7 Trustee
ecf@azbktrustee.com

*Krystal Marie Ahart
Kahn & Ahart, PLLC
Bankruptcy Legal Center
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
Krystal.Ahart@azbk.biz

By U.S. Mail:

Scottsdale Pet Suite LLC
c/o Christopher W. Demuth
8407 East Orange Blossom Lane
Scottsdale, AZ 85250

U. S. Small Business Administration
Office of General Counsel
409 3rd Street SW, Floor 2
Washington, DC 20416

| | |
|---|---|
| 1 | |
| 2 | U.S. Small Business Administration |
|   | 2828 N. Central Ave., Ste. 800 |
| 3 | Phoenix, AZ  85004 |
| 4 | |
|   | Kabbage, Inc. |
| 5 | 730 Peachtree Street |
|   | Suite 1100 |
| 6 | Atlanta, GA 30308 |
| 7 | |
|   | Rob Frohwein, CEO |
| 8 | Kabbage, Inc. |
|   | 730 Peachtree Street |
| 9 | Suite 1100 |
| 10 | Atlanta, GA 30308 |
| 11 | |
|    | American Express Company |
| 12 | 200 Vesey Street |
|    | New York, NY  10285 |
| 13 | |
| 14 | Stephen Squeri, Chairman and CEO |
|    | American Express Company |
| 15 | 200 Vesey Street |
|    | New York, NY  10285 |
| 16 | |
| 17 | Merrick B. Garland |
| 18 | United States Attorney General |
|    | U.S. Department of Justice |
| 19 | 950 Pennsylvania Avenue, NW |
|    | Washington, D.C. 20530-0001 |
| 20 | |
| 21 | David A. Hubbert |
| 22 | Acting Assistant Attorney General |
|    | United States Department of Justice |
| 23 | 950 Pennsylvania Avenue, NW |
|    | Washington, D.C. 20530-0001 |
| 24 | |
| 25 | All parties listed on the master mailing list |
| 26 | /s/ Aimee Bourassa |