# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re:

SCOTTSDALE PET SUITE LLC dba
SCOTTSDALE DOGGIE SUITES,

Debtor.

Chapter 7

Case No. 2:20-bk-00020-DPC

**ORDER ALLOWING AND DIRECTING PAYMENT OF TRUSTEE'S ATTORNEYS' FINAL FEES AND EXPENSES**

An application (the "Application") having been filed for allowance and payment of the fees and costs of the chapter 7 trustee's attorneys Witthoft Derksen, P.C. ("Witthoft Derksen"); notice of the Application and the deadline to object having been sent to all parties listed in this Court's master mailing list as evidenced by the Certificate of Mailing on file with this Court at Docket Entry No. 89; there having been no objections to the Application; and good cause appearing, it is:

ORDERED that the final Application is approved and fees in the final amount of $9,290.00 and costs in the final amount of $285.48 are hereby allowed for Witthoft Derksen.

IT IS FURTHER ORDERED that the chapter 7 trustee David A. Birdsell is hereby directed to pay to Witthoft Derksen for its fees and expenses awarded to date from cash on hand in this Chapter 7 estate provided there are available funds and payment will not prejudice claimants of equal or higher priority.

**SIGNED AND DATED ABOVE.**