| | |
|---|---|
| Theodore P. Witthoft (AZ State Bar I.D. No. 021632) | |

1  Theodore P. Witthoft (AZ State Bar I.D. No. 021632)
   **WITTHOFT DERKSEN, P.C.**
2  3550 North Central Avenue, Suite 1006
   Phoenix, Arizona 85012
3  Telephone: (602) 680-7332
   Facsimile: (602) 357-7476
4  Email: twitthoft@wdlawpc.com

5  Attorneys for David A. Birdsell, Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| SCOTTSDALE PET SUITE LLC dba | ) | Case No. 2:20-bk-00020-DPC |
| SCOTTSDALE DOGGIE SUITES, | ) | |
| | ) | **TRUSTEE'S OBJECTION TO** |
| | ) | **CLAIM OF FC MARKETPLACE,** |
| Debtor. | ) | **LLC** |
| | ) | |
| | ) | **(Claim No. 4-1)** |
| | ) | |

The Chapter 7 trustee, David A. Birdsell ("Trustee"), by and through his attorneys, Witthoft Derksen, P.C., hereby submits the *Trustee's Objection to Claim of FC Marketplace, LLC* ("Objection"). The claim at issue was filed by FC Marketplace, LLC ("Claimant") at claim number 3-1 in this bankruptcy case ("Claim"). The Trustee does not object to the amount of the Claim. The Trustee only objects that the Claim is secured by property of this bankruptcy estate, because all recovered property of this estate is after acquired property and/or subject to surcharge, so that the Claim is not secured by the property of this bankruptcy estate, pursuant to 11 U.S.C. §§ 506(c) and 552(a). Accordingly, the Trustee requests the Court deny the Claim as a secured claim, and, instead allows the Claim as a general unsecured claim against the bankruptcy estate in the amount of $183,278.62. This Objection is supported by the accompanying Memorandum of Points and Authorities and the entire record before the Court, all of which are incorporated herein by this reference.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

1. This Court has jurisdiction over this case and this matter pursuant to 28 U.S.C. § 157 and § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A), (B), and (O). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409(a).

2. On January 2, 2020 ("Petition Date"), Scottsdale Pet Suite LLC, dba Scottsdale Doggie Suites ("Debtor"), filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

3. The Debtor's case was converted to Chapter 7 on June 23, 2020 ("Conversion Date").

4. Mr. Birdsell is the duly appointed Chapter 7 trustee of the Debtor's bankruptcy case.

5. On the Conversion Date, there was approximately $3,029.63 in Debtor's account ("Account Funds").

6. On or about June 26, 2020, loan proceeds of $66,513 from a PPP loan were deposited into the Debtor's bank account ("PPP Loan Proceeds").

7. The application for the PPP Loan Proceeds occurred at some point after the Petition Date and prior to the Conversion Date.

8. The PPP Loan Proceeds and Account Funds are after acquired property of the bankruptcy estate, pursuant to 11 U.S.C. § 541(a)(7).

9. Claimant filed its Claim for at Claim $183,278.62, of which $183,278.62 is asserted to be secured by pre-petition assets of the Debtor.

10. Other than the PPP Loan Proceeds and Account Funds, the only other assets recovered by the Trustee are the proceeds from the sale of Debtor's equipment ("Equipment") which resulted in only $300 ("Sale Proceeds"). The Sale Proceeds are not sufficient to satisfy the administrative claims that were necessary to sell the Equipment and the Sale Proceeds are

subject to surcharge under 11 U.S.C. § 506(c). Accordingly, there are no Sale Proceeds to secure the Claim.

11. The Claim is secured by the pre-petition assets of the Debtor. However, given that the PPP Loan Proceeds and Account Funds were acquired after the Petition Date, the Claim is not secured by the PPP Loan Proceeds and Account Funds. *See* 11 U.S.C. § 552(a).

WHEREFORE, the Trustee respectfully requests this Court deny the Claim as a secured claim against the property of this bankruptcy estate, and, instead allows Claim as a general unsecured claim against the bankruptcy estate in the amount of $183,278.62.

DATED this 28th day of January, 2022.

**WITTHOFT DERKSEN, P.C.**

By: /s/ Theodore P. Witthoft     #021632
    Theodore P. Witthoft
    Attorneys for David A. Birdsell, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

FOREGOING electronically filed with Bankruptcy Court on this 28th day of January, 2022 and served on counsel of record via the Court's filing service system at the addresses on file with the Court on the same date, along with a copy mailed to and *emailed to:

*Larry Watson, Esq.
United States Trustee's Office
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Larry.Watson@usdoj.gov

*David A. Birdsell
216 North Center
Mesa, Arizona 85201
ecf@azbktrustee.com

*Krystal Marie Ahart
Kahn & Ahart, PLLC
Bankruptcy Legal Center
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
Krystal.Ahart@azbk.biz

By U.S. Mail:

FC MARKETPLACE, LLC
C/O BECKET AND LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

Scottsdale Pet Suite LLC
c/o Christopher W. Demuth
8407 East Orange Blossom Lane
Scottsdale, AZ 85250

/s/ Aimee Bourassa