Theodore P. Witthoft (AZ State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: twitthoft@wdlawpc.com

Attorneys for David A. Birdsell, Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| SCOTTSDALE PET SUITE LLC dba SCOTTSDALE DOGGIE SUITES, | ) Case No. 2:20-bk-00020-DPC |
| | ) |
| | ) **NOTICE OF TRUSTEE'S** |
| | ) **OBJECTION TO CLAIM OF** |
| Debtor. | ) **JPMORGAN CHASE BANK, N.A.** |
| | ) |
| | ) **(Claim No. 11-1)** |
| | ) |

NOTICE IS HEREBY GIVEN that the Chapter 7 trustee, David A. Birdsell ("Trustee"), by and through his attorneys, Witthoft Derksen, P.C., has filed the *Trustee's Objection to Claim of JPMorgan Chase Bank, N.A.* ("Objection"). The claim at issue was filed by JPMorgan Chase Bank, N.A. at claim number 11-1 in this bankruptcy case ("Claim"). The Trustee does not object to the amount of the Claim. The Trustee only objects that the Claim is secured by property of this bankruptcy estate, because all recovered property of this estate is after acquired property and/or subject to surcharge, so that the Claim is not secured by the property of this bankruptcy estate, pursuant to 11 U.S.C. §§ 506(c) and 552(a). Accordingly, the Trustee requests the Court deny the Claim as a secured claim, and, instead allows the Claim as a general unsecured claim against the bankruptcy estate in the amount of $24,855.29.

Any party wishing to respond to the Objection shall do so in writing by filing such a response **within twenty-one (21) days of the date of this Notice** with the clerk of the

1

Case 2:20-bk-00020-DPC   Doc 98   Filed 01/28/22   Entered 01/28/22 12:12:30   Desc
Main Document    Page 1 of 3

Bankruptcy Court at 230 North First Avenue, Suite 101, Phoenix, Arizona 85003, and serving a copy of such objection on the Trustee's counsel, Theodore P. Witthoft of Witthoft Derksen, P.C., 3550 North Central Avenue, Suite 1006, Phoenix, Arizona 85012.

If a response is timely filed and served, a hearing will be scheduled, and the responding party will be notified as such. Pursuant to Local Bankruptcy Rule 3007-1(c), if no timely response is filed within twenty-one (21) days of this notice, the Court may issue an order sustaining the Objection and denying the Claim as secured and allowing the Claim as a general unsecured claim against the bankruptcy estate in the amount of $24,855.29 without a hearing.

DATED this 28th day of January, 2022.

**WITTHOFT DERKSEN, P.C.**

By: /s/ Theodore P. Witthoft    #021632
    Theodore P. Witthoft
    Attorneys for David A. Birdsell, Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

FOREGOING electronically filed with Bankruptcy Court on this 28th day of January, 2022 and served on counsel of record via the Court's filing service system at the addresses on file with the Court on the same date, along with a copy mailed to and *emailed to:

*Larry Watson, Esq.
United States Trustee's Office
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Larry.Watson@usdoj.gov

*David A. Birdsell
216 North Center
Mesa, Arizona 85201
ecf@azbktrustee.com

*Krystal Marie Ahart
Kahn & Ahart, PLLC
Bankruptcy Legal Center
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
Krystal.Ahart@azbk.biz

By U.S. Mail:

JPMorgan Chase Bank, N.A.
c/o James Ball at Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, AZ 85018

Scottsdale Pet Suite LLC
c/o Christopher W. Demuth
8407 East Orange Blossom Lane
Scottsdale, AZ 85250

/s/ Aimee Bourassa