Theodore P. Witthoft (AZ State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: twitthoft@wdlawpc.com

Attorneys for David A. Birdsell, Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| SCOTTSDALE PET SUITE LLC dba SCOTTSDALE DOGGIE SUITES, | Case No. 2:20-bk-00020-DPC |
| Debtor. | **CERTIFICATE OF MAILING** |

I, Aimee Bourassa, make this declaration under penalty of perjury and I declare and state as follows:

1. I am a citizen of the United States, over the age of 18 years, and a resident of Maricopa County, Arizona;

2. I am not a party in the above-captioned proceeding;

3. On January 28, 2022, I caused to be sent via email (*) and I caused to be deposited in the United States mail at Phoenix, Arizona, in a sealed envelope with postage thereon prepaid, copies of the *Trustee's Objection to Claim of FC Marketplace, LLC (Claim No. 4-1)* ("Objection"), and *Notice of Trustee's Objection to Claim of FC Marketplace, LLC (Claim No. 4-1)* ("Notice") filed by the Chapter 7 trustee, David A. Birdsell, to the following parties:

>      *Larry Watson, Esq.
>      United States Trustee's Office
>      230 North First Avenue, Suite 204
>      Phoenix, Arizona 85003-1706
>      Larry.Watson@usdoj.gov

| | |
|---|---|
| 1 | *David A. Birdsell |
| 2 | 216 North Center |
|   | Mesa, Arizona 85201 |
| 3 | ecf@azbktrustee.com |
| 4 | |
|   | *Krystal Marie Ahart |
| 5 | Kahn & Ahart, PLLC |
|   | Bankruptcy Legal Center |
| 6 | 301 E. Bethany Home Road, Suite C-195 |
| 7 | Phoenix, AZ 85012 |
|   | Krystal.Ahart@azbk.biz |
| 8 | |
| 9 | By U.S. Mail: |
| 10 | FC MARKETPLACE, LLC |
|    | C/O BECKET AND LEE LLP |
| 11 | PO BOX 3002 |
| 12 | MALVERN PA 19355-0702 |
| 13 | |
|    | Scottsdale Pet Suite LLC |
| 14 | c/o Christopher W. Demuth |
|    | 8407 East Orange Blossom Lane |
| 15 | Scottsdale, AZ 85250 |

/s/ Aimee Bourassa
Aimee Bourassa