Theodore P. Witthoft (AZ State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email:  twitthoft@wdlawpc.com

Attorneys for David A. Birdsell, Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| SCOTTSDALE PET SUITE LLC dba SCOTTSDALE DOGGIE SUITES, | Case No. 2:20-bk-00020-DPC |
| Debtor. | **CERTIFICATE OF MAILING** |

I, Aimee Bourassa, make this declaration under penalty of perjury and I declare and state as follows:

      1.      I am a citizen of the United States, over the age of 18 years, and a resident of Maricopa County, Arizona;

      2.      I am not a party in the above-captioned proceeding;

      3.      On January 28, 2022, I caused to be sent via email (*) and I caused to be deposited in the United States mail at Phoenix, Arizona, in a sealed envelope with postage thereon prepaid, copies of the *Trustee's Objection to Claim of JPMorgan Chase Bank, N.A. (Claim No. 11-1)* ("Objection"), and *Notice of Trustee's Objection to Claim of JPMorgan Chase Bank, N. A. (Claim No. 11-1)* ("Notice")  filed by the Chapter 7 trustee, David A. Birdsell, to the following parties:

*Larry Watson, Esq.
United States Trustee's Office
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Larry.Watson@usdoj.gov

*David A. Birdsell
216 North Center
Mesa, Arizona 85201
ecf@azbktrustee.com

*Krystal Marie Ahart
Kahn & Ahart, PLLC
Bankruptcy Legal Center
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
Krystal.Ahart@azbk.biz

By U.S. Mail:

JPMorgan Chase Bank, N.A.
c/o James Ball at Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, AZ 85018

Scottsdale Pet Suite LLC
c/o Christopher W. Demuth
8407 East Orange Blossom Lane
Scottsdale, AZ 85250

/s/ Aimee Bourassa
Aimee Bourassa