| | |
|---|---|
| 1 | Theodore P. Witthoft (State Bar I.D. No. 021632)<br>**WITTHOFT DERKSEN, P.C.** |
| 2 | 3550 North Central Avenue, Suite 1006<br>Phoenix, Arizona 85012 |
| 3 | Telephone: (602) 680-7332<br>Facsimile: (602) 357-7476 |
| 4 | Email: twitthoft@wdlawpc.com |
| 5 | Attorneys for Trustee, David A. Birdsell |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re: ) Chapter 7
)
SCOTTSDALE PET SUITE LLC dba ) Case No. 2:20-bk-00020-DPC
SCOTTSDALE DOGGIE SUITES, )
) **CERTIFICATE OF SERVICE AND**
Debtor. ) **NO OBJECTIONS**
)
)

     The chapter 7 trustee, David A. Birdsell ("Trustee"), through his attorneys, Witthoft Derksen, P.C., filed a *Trustee's Objection to Claim of On Deck Capital, Inc. (Claim No. 3-1)* ("Objection"), *and Notice of Trustee's Objection to Claim of On Deck Capital, Inc. (Claim No. 3-1)* ("Notice") on January 28, 2022, at Docket Nos. 93 and 94, respectively. Notice was sent to all parties-in-interest on January 28, 2022, as evidenced by the Certificate of Mailing on file with this Court at Docket No. 99. The Notice indicated that any party-in-interest objecting to the Motion must file an objection with the Court within 21 days of said Notice. The time to object has now expired since the mailing of the notice. No objections have been filed with the Court. *See*, Court's docket dated February 23, 2022.

     Based on the foregoing, the undersigned, on behalf of Trustee, respectfully requests that this Court enter its Order approving the Motion. A form of order is lodged concurrently herewith.

     Dated this 23rd day of February, 2022.     **WITTHOFT DERKSEN, P.C.**

                                                                       By /s/ Theodore P. Witthoft     #021632
                                                                          Theodore P. Witthoft
                                                                          Attorneys for David A. Birdsell, Trustee