# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| SCOTTSDALE PET SUITE LLC dba SCOTTSDALE DOGGIE SUITES, | ) Case No. 2:20-bk-00020-DPC |
| | ) |
| | ) **ORDER SUSTAINING TRUSTEE'S** |
| | ) **OBJECTION TO CLAIM OF ON** |
| Debtor. | ) **DECK CAPITAL, INC.** |
| | ) |
| | ) **(Claim No. 3-1)** |
| | ) |

The chapter 7 trustee, David A. Birdsell ("Trustee"), having filed the *Trustee's Objection to Claim of On Deck Capital, Inc.* on January 28, 2022 at Docket No. 93 ("Objection") to Proof of Claim No. 3-1 ("On Deck Capital Claim"); the Objection having been properly noticed as evidenced by the *Certificate of Mailing* on file with the Court; there having been no response to the Objection and the time to do so having expired; and good cause appearing therefor,

IT IS HEREBY ORDERED that the On Deck Capital Claim shall be reclassified as an allowed general unsecured claim against the estate in the amount of $143,692.44.

**SIGNED AND DATED ABOVE.**

Case 2:20-bk-00020-DPC    Doc 103    Filed 02/23/22    Entered 02/23/22 15:41:42    Desc
Main Document    Page 1 of 1