Theodore P. Witthoft (AZ State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: twitthoft@wdlawpc.com

Attorneys for David A. Birdsell, Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| SCOTTSDALE PET SUITE LLC dba SCOTTSDALE DOGGIE SUITES, | Case No. 2:20-bk-00020-DPC |
| Debtor. | **CERTIFICATE OF MAILING** |

I, Aimee Bourassa, make this declaration under penalty of perjury and I declare and state as follows:

1. I am a citizen of the United States, over the age of 18 years, and a resident of Maricopa County, Arizona;

2. I am not a party in the above-captioned proceeding;

3. On January 28, 2022, I caused to be sent via email (*) and I caused to be deposited in the United States mail at Phoenix, Arizona, in a sealed envelope with postage thereon prepaid, copies of the *Trustee's Objection to Claim of JPMorgan Chase Bank, N.A. (Claim No. 11-1)* ("Objection"), and *Notice of Trustee's Objection to Claim of JPMorgan Chase Bank, N. A. (Claim No. 11-1)* ("Notice") filed by the Chapter 7 trustee, David A. Birdsell, to the following parties:

>*Larry Watson, Esq.
>United States Trustee's Office
>230 North First Avenue, Suite 204
>Phoenix, Arizona 85003-1706

1

| | |
|---|---|
| 1 | Larry.Watson@usdoj.gov |
| 2 | |
| | *David A. Birdsell |
| 3 | 216 North Center |
| | Mesa, Arizona 85201 |
| 4 | ecf@azbktrustee.com |
| 5 | |
| | *Krystal Marie Ahart |
| 6 | Kahn & Ahart, PLLC |
| 7 | Bankruptcy Legal Center |
| | 301 E. Bethany Home Road, Suite C-195 |
| 8 | Phoenix, AZ 85012 |
| | Krystal.Ahart@azbk.biz |
| 9 | |
| 10 | By U.S. Mail: |
| 11 | |
| | JPMorgan Chase Bank, N.A. |
| 12 | c/o James Ball at Ball, Santin & McLeran, PLC |
| | 2999 N. 44th Street, Suite 500 |
| 13 | Phoenix, AZ 85018 |
| 14 | |
| | Scottsdale Pet Suite LLC |
| 15 | c/o Christopher W. Demuth |
| | 8407 East Orange Blossom Lane |
| 16 | Scottsdale, AZ 85250 |
| 17 | |

　　　　　　　　　　　　　　　　/s/ Aimee Bourassa
　　　　　　　　　　　　　　　　Aimee Bourassa