**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SCOTTSDALE PET SUITE LLC dba | ) | Case No. 2:20-bk-00020-DPC |
| SCOTTSDALE DOGGIE SUITES, | ) | |
| | ) | **ORDER SUSTAINING TRUSTEE'S** |
| | ) | **OBJECTION TO CLAIM OF** |
| Debtor. | ) | **JPMORGAN CHASE BANK, N.A.** |
| | ) | |
| | ) | **(Claim No. 11-1)** |
| | ) | |

The chapter 7 trustee, David A. Birdsell ("Trustee"), having filed the *Trustee's Objection to Claim of JPMorgan Chase Bank, N.A.* on January 28, 2022 at Docket No. 97 ("Objection") to Proof of Claim No. 11-1 ("Chase Bank Claim"); the Objection having been properly noticed as evidenced by the *Certificate of Mailing* on file with the Court; there having been no response to the Objection and the time to do so having expired; and good cause appearing therefor,

IT IS HEREBY ORDERED that the Chase Bank Claim shall be reclassified as an allowed general unsecured claim against the estate in the amount of $24,855.29.

**SIGNED AND DATED ABOVE.**