**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

In re: SCOTTSDALE PET SUITE LLC § Case No. 2:20-bk-00020-DPC
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David A. Birdsell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $23,645.07                    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distributions to Claimants: $12,903.87    Claims Discharged
                                                 Without Payment: N/A

Total Expenses of Administration: $56,920.76

3) Total gross receipts of $69,824.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $69,824.63 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $22,754.32 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $23,561.36 | $23,561.36 | $23,561.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $33,359.40 | $33,359.40 | $33,359.40 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $200.00 | $200.00 | $200.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $399,440.96 | $897,421.10 | $897,421.10 | $12,703.87 |
| **TOTAL DISBURSEMENTS** | $422,195.28 | $954,541.86 | $954,541.86 | $69,824.63 |

4) This case was originally filed under chapter 7 on 01/02/2020, and it was converted to chapter 7 on 06/23/2020. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/28/2022

By: /s/ David A. Birdsell
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCOUNT ACCOUNT AT ALLIANCE BANK OF ARIZONA, XXXXXX8401 | 1129-000 | $69,524.63 |
| ELECTRONICS (COMPUTERS, PRINTER/FAX MACHINE, TVS, WALKIE TALKIES). VALUATION METHOD: LIQUIDATION | 1129-000 | $300.00 |
| **TOTAL GROSS RECEIPTS** | | **$69,824.63** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Funding Circle USA, Inc | 4110-000 | $0.00 | NA | NA | NA |
| N/F | JPMorgan Chase Bank NA | 4110-000 | $10,657.48 | NA | NA | NA |
| N/F | JPMorgan Chase Bank NA | 4110-000 | $12,096.84 | NA | NA | NA |
| | **TOTAL SECURED** | | **$22,754.32** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David A. Birdsell | 2100-000 | NA | $6,741.23 | $6,741.23 | $6,741.23 |
| Trustee, Expenses - David A. Birdsell | 2200-000 | NA | $168.76 | $168.76 | $168.76 |
| Auctioneer Fees - CLERK OF THE US BANKRUPTCY COURT - DONNA WYATT | 3610-001 | NA | $30.00 | $30.00 | $30.00 |
| Fees, United States Trustee | 2950-000 | NA | $975.00 | $975.00 | $975.00 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $2,080.43 | $2,080.43 | $2,080.43 |
| Attorney for Trustee Fees (Other Firm) - THEODORE P. WITTHOFT | 3210-000 | NA | $9,290.00 | $9,290.00 | $9,290.00 |
| Attorney for Trustee Fees (Other Firm) - WITTHOFT DERKSEN | 3210-000 | NA | $3,975.00 | $3,975.00 | $3,975.00 |
| Attorney for Trustee Expenses (Other Firm) - THEODORE P. WITTHOFT | 3220-000 | NA | $285.48 | $285.48 | $285.48 |
| Attorney for Trustee Expenses (Other Firm) - WITTHOFT DERKSEN | 3220-000 | NA | $15.46 | $15.46 | $15.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $23,561.36 | $23,561.36 | $23,561.36 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Administrative Rent (post-petition storage fees, leases) - DERITO TALKING STICK SOUTH LLC, | 6920-000 | NA | $25,000.00 | $25,000.00 | $25,000.00 |
| Other Prior Chapter Professional's Fees - JAMES F. KAHN C/O Bankruptcy Legal Center | 6700-000 | NA | $8,190.00 | $8,190.00 | $8,190.00 |
| Other Prior Chapter Professional's Expenses - JAMES F. KAHN C/O Bankruptcy Legal Center | 6710-000 | NA | $169.40 | $169.40 | $169.40 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $33,359.40 | $33,359.40 | $33,359.40 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | ARIZONA DEPT. OF REVENUE | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 14 | INTERNAL REVENUE SERVICE | 5800-000 | NA | $200.00 | $200.00 | $200.00 |
| N/F | Arizona Dept, of Revenue c/o Tax, Bankr & Collection Sect. | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$200.00** | **$200.00** | **$200.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | $11,306.10 | $11,754.02 | $11,754.02 | $179.72 |
| 2 | BANKERS HEALTHCARE GROUP CO PINNACLE BANK | 7100-000 | NA | $17,288.07 | $17,288.07 | $264.32 |
| 3 | ON DECK CAPITAL, INC. | 7100-000 | $143,692.44 | $143,692.44 | $143,692.44 | $2,196.93 |
| 4 | FC MARKETPLACE, LLC | 7100-000 | NA | $183,278.62 | $183,278.62 | $2,802.17 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | $21,965.44 | $21,965.44 | $21,965.44 | $335.83 |
| 7 | AMERICAN EXPRESS NATIONAL BANK, AENB | 7100-000 | $8,255.39 | $8,255.39 | $8,255.39 | $126.22 |
| 8 | JPMORGAN CHASE BANK, N.A. | 7100-000 | $21,803.24 | $21,803.24 | $21,803.24 | $333.35 |
| 9 | JPMORGAN CHASE BANK, N.A. | 7100-000 | $14,012.47 | $14,051.47 | $14,051.47 | $214.83 |
| 10 | DERITO TALKING STICK SOUTH LLC, | 7100-000 | NA | $279,916.90 | $279,916.90 | $4,279.69 |
| 11 | JPMORGAN CHASE BANK, N.A. | 7100-000 | NA | $24,855.29 | $24,855.29 | $380.02 |
| 12 | CLERK OF THE US BANKRUPTCY COURT - FORWARD FINANCING LLC | 7100-001 | $56,041.30 | $56,041.30 | $56,041.30 | $856.82 |
| 15 | SRP | 7100-000 | NA | $1,260.52 | $1,260.52 | $19.27 |
| 17 | BANKERS HEALTHCARE GROUP, LLC | 7100-000 | $44,948.78 | $46,745.40 | $46,745.40 | $714.70 |
| 18 | KABBAGE, INC. | 7200-000 | NA | $66,513.00 | $66,513.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Bankers Healthcare Group, LLC | 7100-000 | $17,288.07 | NA | NA | NA |
| N/F | DeRito Talking Stick South, LLC | 7100-000 | $50,523.24 | NA | NA | NA |
| N/F | JPMorgan Chase Bank, NA | 7100-000 | $3,004.49 | NA | NA | NA |
| N/F | Yelp, Inc. | 7100-000 | $6,600.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$399,440.96** | **$897,421.10** | **$897,421.10** | **$12,703.87** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 2:20-bk-00020-DPC  
Case Name: SCOTTSDALE PET SUITE LLC  
For Period Ending: 12/28/2022

Trustee Name: (240206) David A. Birdsell  
Date Filed (f) or Converted (c): 06/23/2020 (c)  
§ 341(a) Meeting Date: 07/27/2020  
Claims Bar Date: 03/02/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT ACCOUNT AT ALLIANCE BANK OF ARIZONA, XXXXXX8401 | 3,200.48 | 69,524.63 | | 69,524.63 | FA |
| 2 | BARTER ACCOUNT ACCOUNT AT ITRADE ACCOUNT APPROXIMATELY 1,200 BARTER POINTS, XXXXXXNONE | 0.00 | 0.00 | | 0.00 | FA |
| 3 | DEPOSIT WITH LANDLORD | 13,000.00 | 0.00 | | 0.00 | FA |
| 4 | PRE-PAID UTILITIES (SRP) | 1,121.07 | 0.00 | | 0.00 | FA |
| 5 | A/R 90 DAYS OLD OR LESS. FACE AMOUNT = $4,644.00. DOUBTFUL/UNCOLLECTIBLE ACCOUNTS = $0.00. | 4,644.00 | 0.00 | | 0.00 | FA |
| 6 | FINISHED GOODS: HATS FOR RESALE, N/A, NET BOOK VALUE: $150.00, VALUATION METHOD: LIQUIDATION | 150.00 | 0.00 | | 0.00 | FA |
| 7 | OTHER INVENTORY OR SUPPLIES: GROOMING SUPPLIES (SHAMPOO, CONDITIONER, DESHED, BREATH FRESHENER, MOISTURIZER, FACIAL CREAM, ETC.), N/A, NET BOOK VALUE: $400.00, VALUATION METHOD: LIQUIDATION | 400.00 | 0.00 | | 0.00 | FA |
| 8 | OTHER INVENTORY OR SUPPLIES: DOG ACCESSORIES (BOWLS, LEASHES, COLLARS, 1 BAG DOG FOOD, ETC.), N/A, NET BOOK VALUE: $350.00, VALUATION METHOD: LIQUIDATION | 350.00 | 0.00 | | 0.00 | FA |
| 9 | OTHER INVENTORY OR SUPPLIES: CLEANING SUPPLIES, N/A, NET BOOK VALUE: $150.00, VALUATION METHOD: LIQUIDATION | 150.00 | 0.00 | | 0.00 | FA |
| 10 | OTHER INVENTORY OR SUPPLIES: PORTABLE DOG KENNELS, N/A, NET BOOK VALUE: $300.00, VALUATION METHOD: LIQUIDATION | 300.00 | 0.00 | | 0.00 | FA |
| 11 | OTHER INVENTORY OR SUPPLIES: EXTRA SHEETS OF LAMINATE FLOORING FOR DOG SUITES & PLAY AREA, N/A, NET BOOK VALUE: $200.00, VALUATION METHOD: LIQUIDATION | 200.00 | 0.00 | | 0.00 | FA |
| 12 | OTHER INVENTORY OR SUPPLIES: DOG BEDS, NA, NET BOOK VALUE: $200.00, VALUATION METHOD: LIQUIDATION | 200.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.: 2:20-bk-00020-DPC

Case Name: SCOTTSDALE PET SUITE LLC

For Period Ending: 12/28/2022

Trustee Name: (240206) David A. Birdsell

Date Filed (f) or Converted (c): 06/23/2020 (c)

§ 341(a) Meeting Date: 07/27/2020

Claims Bar Date: 03/02/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | OTHER INVENTORY OR SUPPLIES: CAT CONDO/SCRATCH POST, N/A, NET BOOK VALUE: $300.00, VALUATION METHOD: LIQUIDATION | 300.00 | 0.00 | | 0.00 | FA |
| 14 | OTHER INVENTORY OR SUPPLIES: PORTABLE STORAGE BINS/CLOSETS, N/A, NET BOOK VALUE: $300.00, VALUATION METHOD: LIQUIDATION | 300.00 | 0.00 | | 0.00 | FA |
| 15 | OFFICE FURNITURE (DESKS, CHAIRS, ETC.). VALUATION METHOD: LIQUIDATION | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | LADDER. VALUATION METHOD: LIQUIDATION | 100.00 | 0.00 | | 0.00 | FA |
| 17 | ELECTRONICS (COMPUTERS, PRINTER/FAX MACHINE, TVS, WALKIE TALKIES). VALUATION METHOD: LIQUIDATION | 3,000.00 | 300.00 | | 300.00 | FA |
| 18 | GROOMING EQUIPMENT (TUBS, TABLE, DRYERS). VALUATION METHOD: LIQUIDATION | 850.00 | 0.00 | | 0.00 | FA |
| 19 | LEASED BUSINESS PREMISES 9011 E INDIAN BEND ROAD (AKA 9011 E TALKING STICK WAY) SCOTTSDALE, AZ 85250, LEASEHOLD INTEREST, VALUATION METHOD: LIQUIDATION | 0.00 | 0.00 | | 0.00 | FA |
| 20 | WWW.SCOTTSDALEDOGGIESUITES.COM (THIS DOMAIN NAME IS DISCLOSED HERE OUT OF AN ABUNDANCE OF CAUTION, ONLY. IT IS NOT OWNED BY THE DEBTOR; IT IS OWNED BY CHRIS DEMUTH, PERSONALLY). VALUATION METHOD: LIQUIDATION | 0.00 | 0.00 | | 0.00 | FA |
| 21 | CUSTOMER LIST. VALUATION METHOD: LIQUIDATION | 0.00 | 0.00 | | 0.00 | FA |
| 22 | GOODWILL. VALUATION METHOD: LIQUIDATION | 0.00 | 0.00 | | 0.00 | FA |
| 23 | FRONT DESKS | 130.00 | 0.00 | | 0.00 | FA |
| 24 | SIX TVS | 450.00 | 0.00 | | 0.00 | FA |
| **24** | **Assets Totals (Excluding unknown values)** | **$29,845.55** | **$69,824.63** | | **$69,824.63** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 3

**Case No.:** 2:20-bk-00020-DPC  **Trustee Name:** (240206) David A. Birdsell
**Case Name:** SCOTTSDALE PET SUITE LLC  **Date Filed (f) or Converted (c):** 06/23/2020 (c)
  **§ 341(a) Meeting Date:** 07/27/2020
**For Period Ending:** 12/28/2022  **Claims Bar Date:** 03/02/2021

**Major Activities Affecting Case Closing:**

    TRUSTEE IS FILING AMENDED TFR WITH ADJUSTMENTS PER (DE 117 & 121)

**Initial Projected Date Of Final Report (TFR):** 12/31/2021  **Current Projected Date Of Final Report (TFR):** 07/07/2022 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 2:20-bk-00020-DPC | Trustee Name: | David A. Birdsell (240206) |
|---|---|---|---|
| Case Name: | SCOTTSDALE PET SUITE LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4924 | Account #: | ******5169 Checking |
| For Period Ending: | 12/28/2022 | Blanket Bond (per case limit): | $27,456,481.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/11/20 | {1} | SCOTTSDALE PET SUITE LLC | CASH IN DIP ACCOUNTS | 1129-000 | 2,991.63 | | 2,991.63 |
| 07/11/20 | {1} | SCOTTSDALE PET SUITE LLC | CASH IN DIP ACCOUNTS | 1129-000 | 66,533.00 | | 69,524.63 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 66.67 | 69,457.96 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 107.31 | 69,350.65 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 118.24 | 69,232.41 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 110.65 | 69,121.76 |
| 11/29/20 | {17} | HARBOR INVESTMENT GROUP LLC | TRUSTEE SALE PROCEEDS | 1129-000 | 300.00 | | 69,421.76 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 106.79 | 69,314.97 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 121.84 | 69,193.13 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 107.19 | 69,085.94 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 103.34 | 68,982.60 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 121.61 | 68,860.99 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 110.36 | 68,750.63 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 102.84 | 68,647.79 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 121.02 | 68,526.77 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 109.83 | 68,416.94 |
| 08/23/21 | 1001 | THEODORE P. WITTHOFT | PAYMENT OF TRUSTEE'S ATTY FINAL FEES AND EXPENSES (DOC 92) | | | 9,575.48 | 58,841.46 |
| | | | FEES $9,290.00 | 3210-000 | | | |
| | | | EXPENSES $285.48 | 3220-000 | | | |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 113.38 | 58,728.08 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 94.12 | 58,633.96 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 90.83 | 58,543.13 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.08 | 58,443.05 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 96.79 | 58,346.26 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 90.39 | 58,255.87 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.15 | 58,168.72 |
| 09/02/22 | 1002 | David A. Birdsell | Combined trustee compensation & expense dividend payments. | | | 6,909.99 | 51,258.73 |

Page Subtotals: $69,824.63  $18,565.90

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:20-bk-00020-DPC | Trustee Name: | David A. Birdsell (240206) |
|---|---|---|---|
| Case Name: | SCOTTSDALE PET SUITE LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4924 | Account #: | ******5169 Checking |
| For Period Ending: | 12/28/2022 | Blanket Bond (per case limit): | $27,456,481.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | David A. Birdsell | Claims Distribution - Thu, 07-07-2022 $6,741.23 | 2100-000 | | | |
| | | David A. Birdsell | Claims Distribution - Thu, 07-07-2022 $168.76 | 2200-000 | | | |
| 09/02/22 | 1003 | WITTHOFT DERKSEN | Combined dividend payments for Claim #, | | | 3,990.46 | 47,268.27 |
| | | WITTHOFT DERKSEN | Claims Distribution - Thu, 07-07-2022 $15.46 | 3220-000 | | | |
| | | WITTHOFT DERKSEN | Claims Distribution - Thu, 07-07-2022 $3,975.00 | 3210-000 | | | |
| 09/02/22 | 1004 | DONNA WYATT | Distribution payment - Dividend paid at 100.00% of $30.00; Claim # ; Filed: $30.00 Stopped on 12/07/2022 | 3610-005 | | 30.00 | 47,238.27 |
| 09/02/22 | 1005 | UNITED STATES TRUSTEE | Distribution payment - Dividend paid at 100.00% of $975.00; Claim # 16; Filed: $975.00 | 2950-000 | | 975.00 | 46,263.27 |
| 09/02/22 | 1006 | JAMES F. KAHN C/O Bankruptcy Legal Center | Combined dividend payments for Claim #ADMIN - A, ADMIN - B | | | 8,359.40 | 37,903.87 |
| | | JAMES F. KAHN C/O Bankruptcy Legal Center | Claims Distribution - Thu, 07-07-2022 $8,190.00 | 6700-000 | | | |
| | | JAMES F. KAHN C/O Bankruptcy Legal Center | Claims Distribution - Thu, 07-07-2022 $169.40 | 6710-000 | | | |
| 09/02/22 | 1007 | DERITO TALKING STICK SOUTH LLC, | Combined dividend payments for Claim #13, 10 | | | 29,279.69 | 8,624.18 |
| | | DERITO TALKING STICK SOUTH LLC, | Claims Distribution - Thu, 07-07-2022 $25,000.00 | 6920-000 | | | |
| | | DERITO TALKING STICK SOUTH LLC, | Claims Distribution - Thu, 07-07-2022 $4,279.69 | 7100-000 | | | |
| 09/02/22 | 1008 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $200.00; Claim # 14; Filed: $200.00 | 5800-000 | | 200.00 | 8,424.18 |
| 09/02/22 | 1009 | DISCOVER BANK | Distribution payment - Dividend paid at 1.53% of $11,754.02; Claim # 1; Filed: $11,754.02 | 7100-000 | | 179.72 | 8,244.46 |
| 09/02/22 | 1010 | BANKERS HEALTHCARE GROUP CO PINNACLE BANK | Distribution payment - Dividend paid at 1.53% of $17,288.07; Claim # 2; Filed: $17,288.07 | 7100-000 | | 264.32 | 7,980.14 |
| 09/02/22 | 1011 | ON DECK CAPITAL, INC. | Distribution payment - Dividend paid at 1.53% of $143,692.44; Claim # 3; Filed: $143,692.44 | 7100-000 | | 2,196.93 | 5,783.21 |
| 09/02/22 | 1012 | FC MARKETPLACE, LLC | Distribution payment - Dividend paid at 1.53% of $183,278.62; Claim # 4; Filed: $183,278.62 | 7100-000 | | 2,802.17 | 2,981.04 |

Page Subtotals: $0.00 $48,277.69

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 2:20-bk-00020-DPC | **Trustee Name:** | David A. Birdsell (240206) | |
| **Case Name:** | SCOTTSDALE PET SUITE LLC | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***4924 | **Account #:** | ******5169 Checking | |
| **For Period Ending:** | 12/28/2022 | **Blanket Bond (per case limit):** | $27,456,481.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/02/22 | 1013 | CAPITAL ONE BANK (USA), N.A. | Distribution payment - Dividend paid at 1.53% of $21,965.44; Claim # 6; Filed: $21,965.44 | 7100-000 | | 335.83 | 2,645.21 |
| 09/02/22 | 1014 | AMERICAN EXPRESS NATIONAL BANK, AENB | Distribution payment - Dividend paid at 1.53% of $8,255.39; Claim # 7; Filed: $8,255.39 | 7100-000 | | 126.22 | 2,518.99 |
| 09/02/22 | 1015 | JPMORGAN CHASE BANK, N.A. | Combined dividend payments for Claim #8, 9 | | | 548.18 | 1,970.81 |
| | | JPMORGAN CHASE BANK, N.A. | Claims Distribution - Thu, 07-07-2022       $333.35 | 7100-000 | | | |
| | | JPMORGAN CHASE BANK, N.A. | Claims Distribution - Thu, 07-07-2022       $214.83 | 7100-000 | | | |
| 09/02/22 | 1016 | JPMORGAN CHASE BANK, N.A. | Distribution payment - Dividend paid at 1.53% of $24,855.29; Claim # 11; Filed: $24,855.29 | 7100-000 | | 380.02 | 1,590.79 |
| 09/02/22 | 1017 | FORWARD FINANCING LLC | Distribution payment - Dividend paid at 1.53% of $56,041.30; Claim # 12; Filed: $56,041.30 Voided on 09/27/2022 | 7100-004 | | 856.82 | 733.97 |
| 09/02/22 | 1018 | SRP | Distribution payment - Dividend paid at 1.53% of $1,260.52; Claim # 15; Filed: $1,260.52 | 7100-000 | | 19.27 | 714.70 |
| 09/02/22 | 1019 | BANKERS HEALTHCARE GROUP, LLC | Distribution payment - Dividend paid at 1.53% of $46,745.40; Claim # 17; Filed: $46,745.40 | 7100-000 | | 714.70 | 0.00 |
| 09/27/22 | 1017 | FORWARD FINANCING LLC | Distribution payment - Dividend paid at 1.53% of $56,041.30; Claim # 12; Filed: $56,041.30 Voided: check issued on 09/02/2022 | 7100-004 | | -856.82 | 856.82 |
| 09/27/22 | 1020 | CLERK OF THE US BANKRUPTCY COURT | UNCLAIMED FUNDS | 7100-001 | | 856.82 | 0.00 |
| 12/07/22 | 1004 | DONNA WYATT | Distribution payment - Dividend paid at 100.00% of $30.00; Claim # ; Filed: $30.00 Stopped: check issued on 09/02/2022 | 3610-005 | | -30.00 | 30.00 |
| 12/09/22 | 1021 | CLERK OF THE US BANKRUPTCY COURT | UNCLAIMED FUNDS | 3610-001 | | 30.00 | 0.00 |
| | | **COLUMN TOTALS** | | | 69,824.63 | 69,824.63 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 69,824.63 | 69,824.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$69,824.63** | **$69,824.63** | |

Case 2:20-bk-00020-DPC    Doc 134    Filed 01/19/23    Entered 01/19/23 09:12:21    Desc
Page 13 of 14

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:20-bk-00020-DPC | **Trustee Name:** | David A. Birdsell (240206) |
| **Case Name:** | SCOTTSDALE PET SUITE LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***4924 | **Account #:** | ******5169 Checking |
| **For Period Ending:** | 12/28/2022 | **Blanket Bond (per case limit):** | $27,456,481.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $69,824.63 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $69,824.63 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5169 Checking | $69,824.63 | $69,824.63 | $0.00 |
| | **$69,824.63** | **$69,824.63** | **$0.00** |